1069

[No. 74240-0-I.   Division One.   February 13, 2017.]

JACK A. JOHNSON, *as Trustee, Appellant*, v. CLYDE E. CARLSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-2-02034-8, Dave Needy, J., entered October 6, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Leach, J.

[Nos. 74351-1-I; 74352-0-I;   Division One.   February 13, 2017.]
    74450-0-I; 74451-8-I.

*In the Matter of the Dependency of* A.D.R. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DANNY RIFE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, Nos. 14-7-02042-1 and 14-7-02043-9, Helen Halpert, J., entered November 30, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

[No. 76018-1-I.   Division One.   February 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW TOOMBS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02050-5, G. Helen Whitener, J., entered October 7, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Spearman, J., concurred in by Becker and Dwyer, JJ.